UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
[CLERK]S OFFICE
2013 JUL 32 A 10: 01
DISTRICT COURT
OF MASS

| | |
|---|---|
| Shaun J McHugh )<br><br>    Plaintiff. )<br>)<br>-v- )<br>)<br>RICHARD J BOUDREAU & AS )<br>RICHARD J BOUDREAU & ASSOCIATES, LLC )<br>)<br>    Defendants )<br>) | Civil Action<br><br>No. 13-10563-GAO |

### NOTICE OF VOLUNTARY DISMISSIL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Shaun J. McHugh hereby notifies this Court and the parties that he voluntarily dismisses without prejudice all his claims against all Defendants. Rule 41(a) provides that a notice of dismissal is appropriate for voluntary withdrawal "before the opposing party serves either an answer or a motion for summary judgment."

Dated: August 1, 2013, Respectfully submitted, Shaun J. McHugh, 38 Ransom Road #12A, Brighton, MA 02135

*[signature]*
Shaun J. McHugh, Plaintiff

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PURJERY, I CERTIFY that a copy of the foregoing was provided by regular U.S. Mail to: Richard J. Boudreau & Associates, LLC., 6 Manor Parkway, Salem, New Hampshire 03079 this 2nd day of August 2013.

_____
Shaun J. McHugh Pro Se
38 Ransom Road Unit 12A
Brighton, MA 02135